In the Matter of JOHN O. McGUIRE, an attorney at law.

Argued January 12, 1953.

For the order: *Mr. Edward A. Levy.*

Name of respondent stricken from the roll of attorneys at law.

January 12, 1953.

In the Matter of SOL J. COHEN, an attorney at law.

Argued November 10, 1952.

For the order: *Mr. Frederick C. Vonhof.*
For the respondent: *Mr. Sol J. Cohen, pro se.*

Name of respondent stricken from the roll of attorneys at law. Opinion reported at 10 *N. J.* 601.